JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSIG MINGTAI INSURANCE CO., LTD. | Case No. 2:24-cv-08689-JLS-KS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| IN-DEPTH TANSPORTATION INC., and DOE DEFENDANTS 1–5, | |
| Defendants. | |

For the reasons stated in the separate order granting Plaintiff's renewed motion for default judgment issued on June 30, 2025 (Doc. 39), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered in favor of Plaintiff MSIG Mingtai Insurance Co., Ltd. and against Defendant In-Depth Transportation Inc. in the amount of $691,735.00;

2. Plaintiff shall be entitled to post-judgment interest on the above amount, calculated in accordance with 28 U.S.C. § 1961(a);

3. Plaintiff shall be entitled to recover eligible litigation costs as permitted under Central District of California Local Rule 54-3; and

4. Plaintiff's request for attorney's fees is DENIED.

Dated: July 7, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE